**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOE GREEN, | Case No. 2:21-cv-01152-GMN-NJK |
| Plaintiff, | **ORDER GRANTING** |
| vs. | **JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC. TO FILE ANSWER** |
| NATIONAL CONSUMER TELECOM & UTILIES EXCHANGE, INC., | |
| Defendant. | **FIRST REQUEST** |

Defendant National Consumer Telecom & Utilities Exchange, Inc. ("NCTUE") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that NCTUE's time to answer, move or otherwise respond to the Complaint in this action is extended from August 11, 2021 through and including **September 10, 2021**. The request was made by NCTUE so that it can have an opportunity to collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff approves. This stipulation is filed in good faith and not intended to cause delay.

IT IS SO ORDERED.

Dated: August 5, 2021

_____
U.S. Magistrate Judge