George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Joe Green*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Joe Green,<br><br>Plaintiff(s,)<br>v.<br><br>National Consumer Telecom & Utilities Exchange, Inc.,<br><br>Defendant(s.) | Case No.: 2:21-cv-01152-GMN-NJK<br><br>**Stipulation of dismissal of National Consumer Telecom & Utilities Exchange, Inc. with prejudice** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Joe Green and National Consumer Telecom & Utilities Exchange, Inc. stipulate to dismiss Plaintiff's claims against National Consumer Telecom & Utilities Exchange, Inc. with prejudice.

---

STIPULATION                                            - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: March 21, 2022.

**FREEDOM LAW FIRM**

 /s/ George Haines
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Joe Green*

**Clark Hill PLLC**

/s/ Gia Marina
Jeremy Thompson, Esq.
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
*Counsel for National Consumer Telecom & Utilities Exchange, Inc.*

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the Clerk is instructed to close the case.

Dated this  23  day of March, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

STIPULATION                                                  - 2 -